STATE v. HILL

No. 378P92

Case below: 107 N.C.App. 490

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 December 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

STATE v. SHAW

No. 278P92

Case below: 106 N.C.App. 433

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

STATE v. SIMMONS

No. 277P92

Case below: 106 N.C.App. 494

Motion by Attorney General to dismiss appeals by defendants (Eric Leon Simmons and Robert Lee Simmons) for lack of substantial constitutional question allowed 17 December 1992. Petitions by defendants for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.

STATE EX REL. THORNBURG v. LOT AND BUILDINGS

No. 394P92

Case below: 107 N.C.App. 559

Petition by Edward Fred Bowman for discretionary review pursuant to G.S. 7A-31 denied 17 December 1992.